# EXHIBIT A

**ROXANA SANDOVAL**
California State Bar No. 292327
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Roxana_Sandoval@fd.org

Attorneys for Brandon Kemmerer

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>BRANDON KEMMERER,<br><br>　　　　　　　Defendant. | Case No.:   19-CR-2513-GPC<br><br>Hon. Gonzalo P. Curiel<br>Date: May 6, 2020<br>Time: 2:30 p.m.<br><br>**DECLARATION OF ROXANA SANDOVAL** |

1. I am attorney at Federal Defenders of San Diego (FDSDI). On June 10, 2019, FDSDI was appointed to represent Mr. Kemmerer.

2. Since the start of California's "shelter in place," I have made repeated attempts to schedule a confidential legal phone call with Mr. Kemmerer. On March 23, 26, 27 and April 3, 2020, I emailed MCC staff to schedule a confidential legal call with Mr. Kemmerer. To date, I have not been able to speak with him through a confidential phone call.

3. Since the start of California's "shelter in place," I have spoken with Mr. Kemmerer on the phone several times. The last time I spoke with him on the phone was on April 2, 2020. All of these calls have been recorded and limited to 15 minutes each. These calls are also interrupted by a pre-recorded message.

4. Because the calls are recorded and not confidential, I have not been able to speak with Mr. Kemmerer about defense strategy or investigation. I also have not been able to discuss or prepare with him for his upcoming evidentiary hearing, which is scheduled on May 6, 2020.

I state under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Dated: April 3, 2020

*s/*
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Kemmerer
Email: Roxana_Sandoval@fd.org

# EXHIBIT B

| | |
|---|---|
| **From:** | Roxana Sandoval |
| **To:** | "SDC/Visiting~" |
| **Subject:** | FW: Legal calls |
| **Date:** | Friday, April 3, 2020 10:03:00 AM |

Good morning,

I am following up to schedule confidential legal calls with:

    2.   Brandon Kemmerer, 75432298

Roxana Sandoval
Trial Attorney
Federal Defenders of San Diego, Inc.
225 Broadway, Ste 900
San Diego, CA 92101
619-234-8467 (office)


This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee(s) named above. If you are not the intended recipient of this e-mail, or an authorized employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us by reply e-mail. Thank you for your cooperation.

---

**From:** Roxana Sandoval
**Sent:** Friday, March 27, 2020 11:58 AM
**To:** 'SDC/Visiting~'
**Subject:** RE: Legal calls

Good afternoon,

I am following up to schedule unmonitored, legal calls with my clients.

    2.   Brandon Kemmerer, 75432298


Roxana Sandoval
Trial Attorney
Federal Defenders of San Diego, Inc.
225 Broadway, Ste 900
San Diego, CA 92101

619-234-8467 (office)

This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee(s) named above. If you are not the intended recipient of this e-mail, or an authorized employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us by reply e-mail. Thank you for your cooperation.

**From:** Roxana Sandoval
**Sent:** Thursday, March 26, 2020 2:06 PM
**To:** 'SDC/Visiting~' <SDC/Visiting~@bop.gov>
**Subject:** RE: Legal calls

Thank you. When will the Unit Team be contacting me?

Roxana Sandoval
Trial Attorney
Federal Defenders of San Diego, Inc.
225 Broadway, Ste 900
San Diego, CA 92101
619-234-8467 (office)

This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee(s) named above. If you are not the intended recipient of this e-mail, or an authorized employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us by reply e-mail. Thank you for your cooperation.

**From:** SDC/Visiting~
**Sent:** Wednesday, March 25, 2020 8:20 AM
**To:** Roxana Sandoval <Roxana_Sandoval@fd.org>
**Subject:** Re: Legal calls

The Unit Team will contact you directly. For future, provide another number so they can call you at home or cell. Thank you.

>>> Roxana Sandoval <Roxana_Sandoval@fd.org> 3/23/2020 5:19 PM >>>
Good afternoon,

I'd like to schedule 15 minute calls with the following clients:

    2. Brandon Kemmerer, 75432298

Do you have any availability for calls this week?

Thank you,
Roxana

Roxana Sandoval
Trial Attorney
Federal Defenders of San Diego, Inc.
225 Broadway, Ste 900
San Diego, CA 92101
619-234-8467 (office)

This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee(s) named above. If you are not the intended recipient of this e-mail, or an authorized employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us by reply e-mail. Thank you for your cooperation.